Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JAH'SHIONNE JAHTAE

Forrest
_____
*Your full name*

MAR 0 5 2025

U.S. DISTRICT COURT   WVND
CLARKSBURG, WV 26301

**FEDERAL TORTS CLAIM ACT
COMPLAINT**

v.

Civil Action No.: **3:25-cv-34**
*(To be assigned by the Clerk of Court)*

Groh, Trumble, Sims

UNITED STATES OF AMERICA

## I.   JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.   PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Your full name: JAH'SHionne J forrest   Inmate No.: 175-65-059
Address: P.o Box 2000   Skyview Drive   Bruceton Mills, WV 26525

## III.   PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: FeDeral Correctional Complex – HAZElTON

A.   Is this where the events concerning your complaint took place?
☒ Yes      ☐ No

**Attachment A**

If you answered "NO," where did the events occur?

_____

_____

_____

IV.   PREVIOUS LAWSUITS

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?     ☐ Yes     ☒ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.   Court: _____
     *(If federal court, name the district; if state court, name the county)*

3.   Case  Number: _____

4.   Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.   Name of Judge(s) to whom case was assigned: _____

_____

6.   Disposition: _____
     *(For example, was the case dismissed?  Appealed?  Pending?)*

7.   Approximate date of filing lawsuit: _____

**Attachment A**

8.    Approximate date of disposition. Attach copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes     ☒ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. _The Instuition of HAZElTon never Answered Any of my Informal resolutions And when I Asked Executive Assistant Secretary Ms. Biggert she stated The Administrative remedys may Have Been shredded For Purposes of Proper Procedure. It Is AgAinst Policy To shred, Destroy, TAmPer, etc, A Administrative Remedy But To Deny for grounds of Improper Filing. I Filed Emergency grievance To The warden IN which Is BP-9 And It wAs_

E.    Did you exhaust **ALL** available administrative remedies? _Answered._
☒ Yes     ~~☒ No~~

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted. _I Filed Complaint Through Attorney General office. I Also Filed BP-8 And BP-9 IN The Instuition But The Case mAnager Never Filed Them IN The Log Aswell AS They Were Never Answered months Ago. When Confronted By me The Staff In Charge of All Administrative remedys stated my forms may HAve Been shredded Because They didnT meet criteria Purposes_

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _____NONE_____

Defendant(s): _____NONE_____

_____

**Attachment A**

2.     Name and location of court and case number: _____*NoNE*_____

_____

_____

3.     Grounds for dismissal:    ☐ frivolous        ☐ malicious
       ☐ failure to state a claim upon which relief may be granted

4.     Approximate date of filing lawsuit: _____*NoNE*_____

5.     Approximate date of disposition: _____*NoNE*_____

## V.     ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.     Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
       ☒ Yes        ☐ No

B.     If your answer is "YES," answer the questions below:

1.     Identify the type of written claim you filed: *Personal Injury*

2.     Date your claim was filed: _____*1-8-2025*_____

3.     Amount of monetary damages you requested in your claim:
       _____*120,000 for Broken Toe ; Pain And Suffering*_____

4.     If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

I.     Date of the written acknowledgment: *N/A still waiting on response*
ii.    Claim Number assigned to your claim: *N/A still waiting on response*

C.     If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    ☒ Yes        ☐ No

---

**Attachment A**

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:
_U.S Marshals service - office of General counsel_
_Attn: OGC Torts Team, Building CB-3 15th Floor_
_washington, D.C 20530 - 0001_

    2.    Identify the type of written claim(s) you filed: _Personal Injury_
_for Broken Toe Do To THE C.O forcing me To Jump off Bunk for Counting_

    3.    Date your claim(s) were filed: _1-8-2025_

    4.    Amount of monetary damages you requested in your claim(s):
_120,000 Pain & Suffering of Broken Toe_

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: _1-8-2025_

        ii.    Claim Number assigned to your claim: _N/A Still waiting on response_

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes        ☒ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: _____

        ii.    Date the agency acknowledged receipt of your request for reconsideration: _____

Attachment A

## VI.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.**  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.  **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)*

CLAIM 1: WHILE Being HousED IN "SHU" [sPecial Housing UniT] Around MAY 15ᵗʰ-20ᵗʰ-2024 CorrectionAl officer vernon AnD PArkeR WAS Conducting CounT Time For FoG Reason. I WAS resting on ToP Bunk AS I HEArd Loud Banging noises on GlAss. I woke And Told IN A ForcefuL DemAnding ToNE I NeeDed To stAnd for CounT.

Supporting Facts: I WAS DRozzy From sleeP Trying To regrouP, Vernon InstrucTed I JumP From ToP BunK So THEY CAn PRoCeeD wiTh CounT. THE JumP resulted ME BrEAKing my LefT Big Toe And didnT geT Assessed For THE InJury 5 DAYS LATer.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

CorrectionAl officer Vernon, SHAnnon TreGo MEDicAl ProviDer, DocTor Mimans MedicAl ProviDer - FeDerAl CorrectionAl ComPlex - HAzeLToN

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?  ☒ Yes  ☒ No

If your answer is "YES," please explain: THEY All WERE EmPloyeD By HAzelToA USP THE Times IncideNT OcCured. I'VE rEAD THis wrong InFACT THEY WeRE NoT DoinG JoB CorrecTTy And AcTed In neglience To my ProbLem I HAd.

CLAIM 2: A CouPle DAYS RRioR To THE IncideNT "MED.LAI ProviDer" SHAnnon TreGo Pulled me ouT For S.LKCHll To EXAmine my fooT. She GAve ME Her ProfessionAl medicAl AnAlysis stAting THE obvious of my Toe Being BRokeN. I THEN AskeD would THERE Be AnyWAY I CAn geT An x-RAy To Be sure myself IT wAs BroKeN. SHe stAted wAs I going BAck OuT To ComPound

**Attachment A**

Supporting Facts: _IN which I was. SHannon TreGo Told me THAT getting A x-Ra wouldnT Be A oPtion In sHu And THAt If I wanTed one I would HAVE To follow uP once released BACK Into General PoPulation. THiS InfacT should be In THC Medical DataBase for Proof THAt THE foregoing IS True And CorreCT._

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_SHAnnon TreGo , Doctor mimms_

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        Yes        ☒ No

If your answer is "YES," please explain: _MosT CerTAinTly noT And THE reason I SAy No IS for THiS reason. MS. TreGo Assessed my BroKEN fooT And still didnT TAKF firmativE ACtion To give me THE ProPer Medical AtteMion rather Telling me I would HAVE TO WAiT A MonTh unTil OUT of SHU To geT A X-RAy And still didnT PUT me on medical CAll ouT._

CLAIM 3: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☐ Yes        ☐ No

**Attachment A**

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

**Attachment A**

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. I've Been Injured Do To The FacT A CorrecTional officer forcefully giving me orders To Jump From Top Bonk So That He can conduct counT for Inmates of Burea. The InJury Resulted me getting A Damage/Broken Toe That I've Had To geT medical Surgery on. I know Have medal Screws In my fooT ThaT causes excruciating Pain To my nerves. The TiTanium medal Plate ThaT holds The 2 Bones Together for replacemenT of JoinTs causes my Toe/fooT NoT Bend / HurTs on A ConsisTanT Basis.

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.* I Would Like The courTs To granT me The AmounT I'm Suing for Because This Reason. The Pain ; Suffering I Barred for months WithouT getting Proper medical ATTenTion , Also Being forced To Jump From The Bunk which Resulted me getting This InJury To Begin with.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Federal Correctional Complex - Hazelton__ on __1-30-25__ .

     (Location)         (Date)

_____
     Your Signature

**Attachment E**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JAHSHIONNE  JAHTAE

Forrest

_Your full name_

v.

Civil Action No.: __3:25-cv-34__

Groh, Trumble, Sims

UNITED STATES OF AMERICA

## Certificate of Service

I, __Jahshionne J Forrest__ (your name here), appearing *pro se*, hereby certify that

I have served the foregoing __Federal Torts Claim Act__ (title of document being sent)

upon the defendant by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant on

__1-30-25__ (insert date here):

(List name and address of counsel for the defendant)

_____
(sign your name)